# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: **Richard C. O'Connor, Jr.**  
**Laura Ann O'Connor**  
Debtor(s)

CASE NUMBER

/

## CHAPTER 13 PLAN

The Debtor(s), **Richard C. O'Connor, Jr. and Laura Ann O'Connor**, file this Chapter 13 Plan:

**A.    CLASSIFICATION AND PROVISION FOR CLAIMS**

1. <u>Priority Claims</u>

The creditors are:

a. <u>Trustee's Fee</u>: The Trustee's Fee shall be paid within the life of this Plan and shall be **10.00**% of all funds disbursed.

b. <u>Debtor(s)' Attorney</u>: Debtor(s)' Attorney has been paid $**2,000.00** from the total fee of $**4,048.00**. The balance of $**2,048.00** shall be paid during the life of this Plan.

c. <u>Internal Revenue Service</u>:

    1. Balance owed:
    2. Tax years involved:
    3. Amount secured by lien:
    4. Priority, unsecured amount:
    5. Non-priority, unsecured amount:
    6. Treatment of claim:
(CHOOSE ONE OR MORE OF THE FOLLOWING):

____ (a) <u>Secured Claim</u>: The Internal Revenue Service shall be paid the full amount of its secured claim plus interest at ____ percent per year within the life of this Plan.

____ (b) <u>Priority, unsecured claim</u>: The Internal Revenue Service shall be paid the full amount of its priority claim without interest within the life of this Plan.

____ (c) <u>Non-priority claim</u>: The non-priority, unsecured claim shall be treated as a general, unsecured claim for the purpose of distribution under the Plan.

d. <u>Other Taxes</u>: (if applicable)

Creditor:
1. Balance owed:
2. Tax years involved:
3. Amount secured by lien:
4. Priority, unsecured amount:
5. Non-priority, unsecured amount:
6. Treatment:

(CHOOSE ONE OR MORE OF (a) - (c) ABOVE)

e. <u>Other Priority Claims</u>: (if applicable)

   Creditor:
1. Amount owed:
2. Basis of claim:
3. Treatment:

(CHOOSE ONE OR MORE OF (a) - (c) ABOVE)

2. <u>SECURED CLAIMS - REAL PROPERTY</u>

    The Creditors whose security consists of real property are as follows:

    (a) Creditor:

    1. Collateral:
    2. Security Agreement and Payment Schedule:
    3. Debtor(s)' estimation of value:
    4. Balance owed:
    5. Arrearage at time of filing:
    6. Treatment:

    (CHOOSE ONE OR MORE OF THE FOLLOWING) :

    \_\_\_\_ (a) <u>Cure Arrearage</u>: The arrearage, $ , shall be cured through the plan or in  months.

    \_\_\_\_ (b) <u>Retain Lien</u>: This creditor shall retain its lien and shall be paid in accordance with the terms of the **Trustee**. [by the Trustee during the life of this Plan] (or) [by the Debtor(s)' outside the plan]

    \_\_\_\_ (c) <u>Value Collateral</u>: Debtor(s) shall file a Motion to Value Collateral pursuant to 11 U.S.C. 506. Debtor(s) propose to pay this creditor the value of its collateral plus  percent interest in the amount of $ in full satisfaction of the secured portion of the creditors claim over the life of the plan. This creditor shall retain its lien until the value of its collateral is paid in full. The balance owed shall be treated as a general, unsecured claim for purpose of distribution under the plan.

    \_\_\_\_ (d) <u>Surrender/Abandon Property</u>: Debtor(s) shall (surrender/abandon) the collateral to this creditor in satisfaction of the secured portion of this creditor's claim. The balance of, $ , shall be treated as a general, unsecured claim for purposes of distribution under the plan.

    \_\_\_\_ (e) <u>Void Lien</u>: Debtor(s) shall seek to void the lien pursuant to   and the balance owed shall be treated as a general, unsecured claim for purposes of distribution under the plan.

    \_\_\_\_ (f) <u>Modify Agreement</u>: Debtor(s) proposes to modify the agreement as follows:

    \_\_\_\_ (g) <u>Other Treatment</u>:

3. SECURED CLAIMS ON PERSONAL PROPERTY

The Creditors whose security consists of tangible or intangible personal property are as follows:

(a) Creditor:

    1. Collateral:
    2. Security Agreement and Payment Schedule:
    3. Debtor(s)' estimation of value:
    4. Balance owed:
    5. Arrearage at time of filing:
    6. Treatment:

(CHOOSE ONE OR MORE OF THE FOLLOWING) :

____ (a) <u>Cure Arrearage</u>: The arrearage, $ , shall be cured through the plan or in months.

____ (b) <u>Retain Lien</u>: This creditor shall retain its lien and shall be paid in accordance with the terms of the **Trustee**. [by the Trustee during the life of this Plan] (or) [by the Debtor(s)' outside the plan]

____ (c) <u>Value Collateral</u>: Debtor(s) shall file a Motion to Value Collateral pursuant to 11 U.S.C. 506. Debtor(s) propose to pay this creditor the value of its collateral plus percent interest in the amount of $ in full satisfaction of the secured portion of the creditors claim over the life of the plan. This creditor shall retain its lien until the value of its collateral is paid in full. The balance owed shall be treated as a general, unsecured claim for purpose of distribution under the plan.

____ (d) <u>Surrender/Abandon Property</u>: Debtor(s) shall (surrender/abandon) the collateral to this creditor in satisfaction of the secured portion of this creditor's claim. The balance of, $ , shall be treated as a general, unsecured claim for purposes of distribution under the plan.

____ (e) <u>Void Lien</u>: Debtor(s) shall seek to void the lien pursuant to and the balance owed shall be treated as a general, unsecured claim for purposes of distribution under the plan.

____ (f) <u>Modify Agreement</u>: Debtor(s) proposes to modify the agreement as follows:

____ (g) <u>Other Treatment</u>:

4. OTHER LIENS:

   (a) Creditor: **American Home**
       1. Type of lien: **Secured Claim Paid Directly by Debtor(s)**
       2. Date recorded:
       3. Amount of lien: **448,788.00**
       4. Treatment:

       (CHOOSE ONE OR MORE OF (a) - (g) ABOVE):

   **X** (b) Retain Lien: This creditor shall retain its lien and shall be paid in accordance with the terms of the **Debtor**. [by the Trustee during the life of this Plan] (or) [by the Debtor(s)' outside the plan]

   (b) Creditor: **BMW Financial**
       1. Type of lien: **Secured Claim Paid Directly by Debtor(s)**
       2. Date recorded:
       3. Amount of lien: **5,022.00**
       4. Treatment:

       (CHOOSE ONE OR MORE OF (a) - (g) ABOVE):

   **X** (b) Retain Lien: This creditor shall retain its lien and shall be paid in accordance with the terms of the **Debtor**. [by the Trustee during the life of this Plan] (or) [by the Debtor(s)' outside the plan]

5. EXECUTORY CONTRACTS:

   The Creditors with executory contracts are as follows:

   (a) Creditor:
       1. Type of executory contract:
       2. Payment schedule:
       3. Arrearage at time of filing:
       4. Balance owed:
       5. Treatment:
          (CHOOSE ONE OR MORE OF THE FOLLOWING):

   ___ (a) Cure Arrearage: The arrearage of $ shall be cured through the plan.

   ___ (b) Assume Contract: Debtor(s) intend to assume the executory contract and this creditor shall be paid in accordance with the terms of the contract by the Trustee through the life of this plan.

   ___ (c) Reject Contract: Debtor(s) shall reject the executory contract and the balance owed shall be treated as a general, unsecured claim for purposes of distribution under the plan.

6. GENERAL, UNSECURED CREDITORS:

   All remaining creditors are general, unsecured creditors. The total amount of unsecured claims, if all claims are filed, is $**11,588.36** plus the unsecured balances of the following secured creditors:

| Secured Creditor (s) | Unsecured Balance (s) |
|---|---|
| 1. **American Express** | $ 8,500.00 |
| 2. **American Express** | $ 1,000.00 |
| 3. **American Home** | $ 98,788.00 |
| 4. **Atlantic Coast Bank** | $ 46,024.00 |
| 5. **Bank of America** | $ 7,000.00 |
| 6. **BMW Financial** | $ 1,022.00 |
| 7. **Capital One** | $ 800.00 |
| 8. **Duval Federal Credit Uni** | $ 24,997.00 |
| 9. **Duval Federal Credit Uni** | $ 20,000.00 |
| 10. **Duval Federal Credit Uni** | $ 43,148.00 |
| 11. **Express Tax** | $ 1,100.00 |
| 12. **Insurance Market Inc.** | $ 113,280.14 |
| 13. **US Bank** | $ 17,788.00 |
| 14. **Wachovia Bank** | $ 490.40 |
| 15. **Wachovia Bank** | $ 180.00 |
| 16. **Wachovia Bank** | $ 375.00 |
| TOTAL UNSECURED CLAIMS | $ **$11,588.36** |

Debtor(s) shall pay these unsecured creditors approximately **3.01**% of the amount of their allowed claims in full settlement of their debts. This **3.01**% will total approximately **$11,588.36**.

B. **SUBMISSION OF FUTURE EARNINGS OR INCOME**

Debtor(s) shall submit their future earnings or income to the Trustee as follows:

Debtor(s) shall pay the Trustee $**250.00** per month for **60** months or until the claims as provided for by the Plan are paid, if less than   months.

Payments to the Trustee shall commence within thirty days from the filing of the petition or as ordered by the Court.

| | CREDITORS | | AMOUNT TO BE PAID UNDER PLAN | |
|---|---|---|---|---|
| (a) | Priority | | | |
| | 1. | | $ | |
| (b) | Secured creditors | | | |
| | 1. **American Home** | | $ 0.00 | |
| | 2. **BMW Financial** | | $ 0.00 | |
| (c) | Unsecured creditors at **3.01**% | | $ 11,588.36 | |
| | | SUBTOTAL | $ 11,588.36 | (A) |
| (d) | Trustee's Fee *10.00% | | $ 1,363.64 | (B) |
| | | TOTAL AMOUNT | $ 15,000.00 | (C) |

**60** Months X $ **250.00** PER MONTH = $ **15,000.00**

      The Trustee shall pro rate and first apply all funds to cure the arrearages of the secured creditors, curing the arrearages of mortgages within  months of Confirmation. The Trustee shall then pro rate payments among the general unsecured creditors.

Dated: **1/11/2011**

**/s/ Richard C. O'Connor, Jr.**
**Richard C. O'Connor, Jr.**
      Signature of Debtor

**/s/ Laura Ann O'Connor**
**Laura Ann O'Connor**
      Signature of Joint Debtor

**/s/ Undine C. Pawlowski**
**Undine C. Pawlowski**
      Signature of Attorney

\*    Calculation of Trustee's Fee:
    1)    Divide subtotal (A) by .90 = (C) Total amount to be paid under the Plan.
    2)    Then, subtract (A) from (C) = (B) Trustee's Fee

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by United States Mail to the following this day of  / /           ,        :

a.    Trustee
       address